UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday December 23, 2003
9:30 a.m.

CASE NO. **3:02cv1750 MRK**    <u>Jimenez v Agriculture</u>

Douglas P. Morabito
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Edward R. Smoragiewicz
Cardwell, Cardwell & Smoragiewicz
108 Oak St.
Hartford, CT 06106

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 12/23/03

8 min.