UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAULA JIMENEZ, ET AL. | : | |
| | : | NO. 3:02CV1750(MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF AGRICULTURE | : | |
| | : | |
| Defendant. | : | |

## MODIFIED TRIAL SCHEDULE

The following modified trial schedule is hereby ordered:

The non-jury trial will begin on **July 20, 2004**, with closing arguments on **July 28, 2004**.

All other pre-trial deadlines will remain the same.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
       U.S.D.J.

Dated at New Haven, Connecticut: February 18, 2004