UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAULA JIMENEZ and LA GRAN PARADA, INC.: :
D/b/a BISHOP STREET GROCERY       :

    Plaintiff,       :

v.       :       CV No. 3:02cv1750(MRK)

UNITED STATES DEPARTMENT OF       :
AGRICULTURE       :

    Defendant.       :       June 1, 2004

## STIPULATION OF DISMISSAL

Pursuant Rule 41(b) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties that the above-captioned case may now be dismissed with prejudice with each party to bear its own costs and attorney's fees.

Executed this 3rd day of June, 2004.

_____
Edward R. Smoragiewicz
Attorney for the Plaintiffs

_____
Douglas P. Morabito, AUSA
Attorney for Defendant
United States of America