UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Jimenez et al

V.  Case Number: 3:02cv1750(MRK)

US Dept of Agriculture

**ORDER**

**Stipulation for Dismissal of Case** Doc. # **18** - **ORDERED ACCORDINGLY**

Dated at New Haven, Connecticut, June 7, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Rita Warner
    Deputy Clerk